# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina ▼

_____ Division

FILED
CHARLOTTE, NC

MAR 0 2 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| Deborah Rena Shelton<br>Phillip Lamar Shelton<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Amazon Com Services LLC<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:26-cv-161-SCR<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ✓Yes ☐No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

  **A. The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Deborah Rena Shelton / Phillip Lamar Shelton |
   | Street Address | 6005 Teaneck Place |
   | City and County | Charlotte (Mecklenburg) |
   | State and Zip Code | North Carolina 28215 |
   | Telephone Number | 704-649-5956 |
   | E-mail Address | debr1shelton@yahoo.com |

  **B. The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Allie Price /Omar Mercado
  Job or Title (if known): c/o Amazon CSC (Attn: Legal Department)
  Street Address: 300 Deschutes Way SW, Suite 208 (MC-CS1)
  City and County: Tumwater (Thurston)
  State and Zip Code: WA 98501
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Josh Figuero / Dominic Damato
  Job or Title (if known): c/o Amazon CSC (Attn: Legal Dept, - Amazon)
  Street Address: 300 Deschutes Way SW, Suite 208 (MC-CS1)
  City and County: Tumwater (Thurston)
  State and Zip Code: WA 98501
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Joshua Shingj
  Job or Title (if known): c/o Amazon CSC (Attn: Legal Dept. - Amazon)
  Street Address: 300 Deschutes Way SW, Suite 208 (MC-CS1)
  City and County: Tumwater (Thurston)
  State and Zip Code: WA 98501
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Sean Dailey
  Job or Title (if known): c/o Amazon CSC (Attn: Legal Dept. - Amazon)
  Street Address: 300 Deschutes Way SW, Suite 208
  City and County: Tumwater (Thurston)
  State and Zip Code: WA 98501
  Telephone Number:
  E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | Amazon (CLT2) |
| Street Address | 10240 Old Dowd Road |
| City and County | Charlotte (Mecklenburg) |
| State and Zip Code | NC 28214 |
| Telephone Number |  |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Other federal law *(specify the federal law)*:
Americans with Disabilities Act of 1990 (ADA), Title I

[✓] Relevant state law *(specify, if known)*:
North Carolina Persons with Disabilities Act (NCGS 168A)  Defamation (Slander or Libel)

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [ ] Other acts *(specify)*: Defamation of Character, Harrassment, Toxic Work Environment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
September 28, 2025 and October 3, 2025

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [✓] race
- [✓] color
- [✓] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [✓] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

See Attached EEOC complaint for Deborah R. Shelton dated Oct. 24, 2025 and updated with EEOC records due to termination on 12/9/2025. Issued Right to Sue Letter from EEOC on 12/30/2025. I was subjected to Retailiation, continuous harrassment, demeaning and derogatory statement(s) made by 2 employees in regards to people with accommodations/disabilties and unequal/selective termination.

See Attached EEOC complaint for Phillip L. Shelton dated Oct. 24, 2025 defamation of Character and wrongful termination due to false/unsubstaniated allegation/conjecture based on bigotry as a pretext for termination. Right to Sue Letter from EEOC on 12/30/2025.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
October 24, 2025

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 12/30/2025 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Deborah Shelton $30,000 WRONGFUL TERMINATION (Estimate for Part-time yearly salary)
- Phillip Shelton $43,680 WRONGFUL TERMINATION (Estimate for Full-time yearly salary)
Punitive Damages for Employer's Malicious Behavior & Retailiation/Discrimination/
Harrassment/Toxic Work Environment
- Deborah Shelton - $100,000
Punitive Damages for Employer's Allegation of Threat/Defamation of Character/Wrongful Termination/
Discrimination
- Phillip Shelton - $150,000

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *March 2, 2026*

Signature of Plaintiff: *Deborah R. Shelton / Phillip Shelton*

Printed Name of Plaintiff: *Deborah R. Shelton   Phillip Shelton*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Page 6 of 6

Case 3:26-cv-00161-SCR-DCK   Document 1   Filed 03/02/26   Page 6 of 6